TARMD/USAO#2013R00468

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 OCT 27 PM 3: 48

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. MJG-15-0565 |
| | * |
| | * (Conspiracy to Commit Bank Fraud, |
| THEODORE L. PITTMAN, | * 18 U.S.C. §1349; Bank Fraud, 18 U.S.C. |
| a/k/a "Teddy," "Tony," and "Bear," | * §1344; Aggravated Identity Theft, |
| COURTNEY B. WALKER, | * 18 U.S.C. §1028A(a)(1) & (c)(4) and (c)(5); |
| a/k/a "Wayne Leo Walker," | * Aiding and Abetting, 18 U.S.C. §2) |
| JAMES J. BLAKEY, | * |
| a/k/a "Jamal," | * |
| VINCENT LEE SANDS, | * |
| a/k/a "Young SP" and "Chad," | * |
| HEATHER BROOKE ROBERTS, | * |
| MICHAEL J. WALKER, | * |
| TARA KATHLEEN WHYTE, | * |
| TRACY LEE WHYTE, | * |
| a/k/a "Nikki," | * |
| SHANNON ELISE ISLEY, | * |
| LAUREN ANNE BOLE, | * |
| FELICIA KAYE WAYBRIGHT, | * |
| a/k/a "Felicia Kaye Phillips," | * |
| RONALD JASON RHODA, | * |
| a/k/a "Jason Rhoda," | * |
| and | * |
| AMIE NICOLE CARTER, | * |
| Defendant | * |

*******

## INDICTMENT

### COUNT ONE
#### (Bank Fraud Conspiracy)

The Grand Jury for the District of Maryland charges that:

At all times material to the Indictment:

1. Defendants **THEODORE L. PITTMAN a/k/a "Teddy," "Tony," and "Bear,",**

**COURTNEY B. WALKER, a/k/a "Wayne Leo Walker," JAMES J. BLAKEY, a/k/a**

**"Jamal," VINCENT LEE SANDS, a/k/a "Young SP" and "Chad," HEATHER BROOKE**

**ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE**

1

WHYTE, a/k/a "Nikki," SHANNON ELISE ISLEY, LAUREN ANNE BOLE, FELICIA KAYE WAYBRIGHT, a/k/a "Felicia Kaye Phillips," RONALD JASON RHODA, a/k/a "Jason Rhoda," and AMIE NICOLE CARTER, were residents of Florida and entered into the State of Maryland to commit the criminal acts alleged herein.

2.      The following were financial institutions insured by the Federal Deposit Insurance Corporation or the National Credit Union Share Insurance Fund:

a.      APG Federal Credit Union ("APG"), with headquarters in Edgewood, Maryland;

b.      Bank of America ("BoA"), with headquarters in Charlotte, North Carolina;

c.      Branch Banking and Trust Company ("BB&T"), with headquarters in Winston Salem, North Carolina;

d.      Capital One, with headquarters in Mclean, Virginia;

e.      Citibank, with headquarters in Sioux Falls, South Dakota;

f.      Community Bank ("Community"), with headquarters in Lexington, Tennessee;

g.      First Mariner Bank ("First Mariner"), with headquarters in Baltimore, Maryland;

h.      Manufacturers and Traders Trust Company (M&T), with headquarters in Buffalo, New York;

i.      PNC Bank ("PNC"), with headquarters in Wilmington, Delaware;

j.      Security Plus Federal Credit Union ("Security Plus"), with headquarters in Russellville, Kentucky;

2

k.      State Employees' Credit Union (SECU), with headquarters in Linthicum, Maryland;

l.      Suntrust Bank ("Suntrust"), with headquarters in Atlanta, Georgia;

m.     Susquehanna Bank ("Susquehanna"), with headquarters in Lititz, Pennsylvania, acquired by Branch Banking and Trust Company (BB&T), with headquarters in Winston Salem, North Carolina;

n.      Tower Federal Credit Union ("Tower"), with headquarters in Laurel, Maryland; and

o.      Wells Fargo Bank ("Wells Fargo"), with headquarters in Sioux Falls, South Dakota.

## Manner and Means of the Conspiracy and the Scheme and Artifice to Defraud

3.      From in or around September 2012, through in or around July 2015, in the District of Maryland and elsewhere, defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS, HEATHER BROOKE ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE WHYTE, SHANNON ELISE ISLEY, LAUREN ANNE BOLE, FELICIA KAYE WAYBRIGHT, RONALD JASON RHODA, and AMIE NICOLE CARTER,** and others known and unknown to the Grand Jury, conspired and agreed together to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies, funds and credits of financial institutions, and under the custody and control of financial institutions, through false and fraudulent pretenses, representations and promises, as set forth more specifically below.

4.      It was part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS,**

3

and others known and unknown to the Grand Jury, traveled by vehicles from Florida into other states, including Maryland, where they broke into unattended vehicles parked at recreation areas, dog parks, sports fields, gyms and fitness centers and other similar areas and stole the wallets, purses and other items which had been left in the vehicles by the drivers and passengers.

5.      It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS,** and others known and unknown to the Grand Jury, stole any wallets, credit cards, checks or check books, identifications and other items which could be used to pose as the victims or to access the financial accounts of the victims.

6.      It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER,** and others known and unknown to the Grand Jury, recruited prostitutes, drug addicts, and other homeless and vulnerable individuals to travel with them to conduct financial transactions using the checks, drivers licenses and other materials which they stole out of the vehicles.

7.      It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS,** and others known and unknown to the Grand Jury, distributed the checks, credit cards and identifications stolen from the vehicles to individuals whom they had recruited to conduct transactions against the financial accounts of victims, thereby obtaining funds which were in the care, control and custody of financial institutions.

8.      It was further part of the scheme and artifice to defraud that defendants **HEATHER BROOKE ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE WHYTE, SHANNON ELISE ISLEY, LAUREN ANNE BOLE,**

4

**FELICIA KAYE WAYBRIGHT, RONALD JASON RHODA, AMIE NICOLE CARTER,**

and others known and unknown to the Grand Jury, used the checks, credit cards and

identifications stolen from the vehicles to conduct transactions against the financial accounts of

victims, thereby obtaining funds which were in the care, control and custody of financial

institutions.

        a.      Checks drawn on one victim's account were made payable to a second

victim and cashed by a member of the conspiracy at a financial institution where the second

victim had an open account, allowing the members of the conspiracy to cash checks for large

amounts of money freely.

        b.      Members of the conspiracy posed as the victims, often wearing wigs and

glasses to more closely resemble the victims in the stolen driver's licenses which they used to

conduct the transactions.

        c.      Generally transactions were conducted at drive through teller lanes, often

the furthest lane from the teller window, and the conspirator posing as the victim sat in the

passenger seat, all to obscure the bank teller's view of the individual posing as the victim. When

a driver was not available, the individual cashing the stolen check was in the driver's seat.

        d.      Occasionally members of the conspiracy entered a bank to conduct a

transaction when instructed to do so by the drive-through teller or when the check was written

for an amount in excess of the limit for a drive-through transaction.

        e.      The members of the conspiracy who conducted transactions were paid

with drugs and food and small amounts of cash amounting to a small fraction of the total value of

the checks they had cashed.

9. It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS, HEATHER BROOKE ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE WHYTE, SHANNON ELISE ISLEY, LAUREN ANNE BOLE, FELICIA KAYE WAYBRIGHT, RONALD JASON RHODA, and AMIE NICOLE CARTER,** and others known and unknown to the Grand Jury, traveled throughout the state of Maryland and the United States conducting these vehicle thefts and fraudulent financial transactions in one location for several days or weeks until financial institutions and law enforcement began thwarting their activities, then they returned to Florida or moved on to another location.

10. It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS,** and others known and unknown to the Grand Jury, buried or otherwise hid for future use, the checks, credit cards, identification cards and other items that they had stolen from vehicles but had not yet used.

11. It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS, HEATHER BROOKE ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE WHYTE, SHANNON ELISE ISLEY, LAUREN ANNE BOLE, FELICIA KAYE WAYBRIGHT, RONALD JASON RHODA, and AMIE NICOLE CARTER,** and others known and unknown to the Grand Jury, would return to Maryland after weeks or months, locate the buried and hidden materials, and reuse the materials again after scrutiny likely to uncover their activities had faded in Maryland.

6

12.     It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS,** and others known and unknown to the Grand Jury, would trade the materials they had stolen from the vehicles to other crews of co-conspirators who were present in the State of Maryland, in exchange for cash, a portion of the proceeds, or other stolen materials in the future.

13.     It was further part of the scheme and artifice to defraud that defendants **THEODORE L. PITTMAN, COURTNEY B. WALKER, JAMES J. BLAKEY, VINCENT LEE SANDS, HEATHER BROOKE ROBERTS, MICHAEL J. WALKER, TARA KATHLEEN WHYTE, TRACY LEE WHYTE, SHANNON ELISE ISLEY, LAUREN ANNE BOLE, FELICIA KAYE WAYBRIGHT, RONALD JASON RHODA, and AMIE NICOLE CARTER,** and others known and unknown to the Grand Jury, fraudulently obtained and attempted to obtain moneys in amounts exceeding $1,000,000.00 from over a dozen institutional using the means of identification of hundreds of individual victims during the course of the scheme.

7

## The Charge

14.    From in or around September 2012, through in or around July 2015, in the District

of Maryland and elsewhere,

**THEODORE L. PITTMAN,**
**a/k/a "Teddy," "Tony," and "Bear,"**
**COURTNEY B. WALKER,**
**a/k/a "Wayne Leo Walker,"**
**JAMES J. BLAKEY,**
**a/k/a "Jamal,"**
**VINCENT LEE SANDS,**
**a/k/a "Young SP" and "Chad,"**
**HEATHER BROOKE ROBERTS,**
**MICHAEL J. WALKER,**
**TARA KATHLEEN WHYTE,**
**TRACY LEE WHYTE,**
**a/k/a "Nikki,"**
**SHANNON ELISE ISLEY,**
**LAUREN ANNE BOLE,**
**FELICIA KAYE WAYBRIGHT,**
**a/k/a "Felicia Kaye Phillips,"**
**RONALD JASON RHODA,**
**a/k/a "Jason Rhoda," and**
**AMIE NICOLE CARTER,**

conspired and agreed together to knowingly and willfully execute and attempt to execute a

scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies,

funds and credits of financial institutions, and under the custody and control of financial

institutions, by means of false and fraudulent pretenses, representations and promises, in

violation of Title 18, United States Code § 1344.

18 U.S.C. § 1349

8

## COUNT TWO
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about January 18, 2013, in the District of Maryland, the defendants,

### MICHAEL J. WALKER, and
### HEATHER BROOKE ROBERTS,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants cashed check number 2702, drawn on Bank of America account ending 5446 and belonging to "JM," in the amount of $1,690.00, made payable to "EK," using the Maryland driver's license of "EK" ending 4349 and "EK's" PNC debit card ending 3663, all at the Taylor Branch of PNC in Annapolis, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

9

## COUNT THREE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about January 18, 2013, in the District of Maryland, the defendants,

### MICHAEL J. WALKER and
### HEATHER BROOKE ROBERTS,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and the Bank of America financial account number ending 5446, belonging to "JM," and the name, debit card number ending 3663, and Maryland driver's license ending 4349, belonging to "EK," all during and in relation to bank fraud conspiracy under 18 U.S.C. §1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. §1344, as set forth in Count Two of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

10

## COUNT FOUR
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about January 31, 2013, in the District of Maryland, the defendants,

### MICHAEL J. WALKER and
### HEATHER BROOKE ROBERTS,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants tendered check number 1315, drawn on Bank of America account ending 7051 and belonging to "KD," in the amount of $1,620.00, made payable to "JW" and deposited into the Susquehanna bank account of "JW," and then the defendants immediately withdrew $1,620.00 from the same account, all using the Maryland driver's license of "JW" ending 9610 and "JW's" Susquehanna bank account ending 7892, all at the Joppa Road Branch of Susquehanna in Towson, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

11

## COUNT FIVE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.       Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.       On or about January 31, 2013, in the District of Maryland, the defendants,

## MICHAEL J. WALKER and
## HEATHER BROOKE ROBERTS

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and the Bank of America financial account number ending 7051, belonging to "KD," and the name, the Susquehanna bank account number ending 7892, and Maryland driver's license ending 9610, belonging to "JW," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Four of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

12

## COUNT SIX
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about February 11 and 12, 2013, in the District of Maryland, the defendant,

### AMIE NICOLE CARTER,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: defendant negotiated the following checks, all made payable to "GC," using "GC's" Maryland driver's license ending 5070 and Tower member number ending 7618:

| Check No. | Amount | Financial Institution | Account Number | Account Holder | Tower Federal Location |
|-----------|--------|----------------------|----------------|----------------|------------------------|
| 1681 | $1,000.00 | PNC | 1545 | "SF" | Snowden Branch, Columbia, MD |
| 2956 | $1,900.00 | BoA | 1417 | "VW" | Snowden Branch, Columbia, MD |
| 2954 | $ 500.00 | BoA | 1417 | "VW" | Arundel Mills Branch, Hanover, MD |

18 U.S.C. § 1344
18 U.S.C. § 2

13

## COUNT SEVEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about February 11 and 12, 2013, in the District of Maryland, the defendant,

### AMIE NICOLE CARTER,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and the PNC financial account number ending 1545, belonging to "SF," the name and the Bank of America financial account number ending 1417 belong to "VW" and the name, Tower member number ending 7618, and Maryland driver's license ending 5070, belonging to "GC," all during and in relation to bank fraud conspiracy under 18 U.S.C. §1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. §1344, as set forth in Count Six of the Indictment.

18 U.S.C. §§1028A(a)(1), and (c)(5)
18 U.S.C. §2

14

## COUNT EIGHT
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.    On or about March 5, 2013, in the District of Maryland, the defendant,

## AMIE NICOLE CARTER,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendant cashed check number 538, drawn on Citibank account ending 4882 and belonging to "AW," in the amount of $1,000.00, made payable to "OO" and using the Capital One bank account ending 0857 and social security number ending 4778, both belonging to "OO," at the Gateway Overlook Branch of Capital One in Elkridge, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

15

## COUNT NINE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about March 5, 2013, in the District of Maryland, the defendant,

## AMIE NICOLE CARTER,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and Citibank financial account number ending 4882 belonging to "AW" and the name, social security number ending 4778 and Capital One financial account number ending 0857, belonging to "OO," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Eight of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5);
18 U.S.C. §2

16

## COUNT TEN
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.    On or about March 7, 2013, in the District of Maryland, the defendants,

**AMIE NICOLE CARTER, and**
**COURTNEY B. WALKER,**
**a/k/a "Wayne Leo Walker,"**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants attempted to cash check number 517, drawn on Suntrust Bank account ending 8284 and belonging to "LF," in the amount of $2,000.00, made payable to "ST," using the Maryland driver's license of "ST" ending 4159, all at the Timonium Branch of Wells Fargo Bank in Timonium, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

17

## COUNT ELEVEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about March 7, 2013, in the District of Maryland, the defendants,

**AMIE NICOLE CARTER, and**
**COURTNEY B. WALKER,**
**a/k/a "Wayne Leo Walker,"**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and Suntrust Bank account number ending 8284, belonging to "LF" and the name and Maryland driver's license ending 4159 belonging to "ST," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Ten of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. §2

18

## COUNT TWELVE
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about March 20, 2013, in the District of Maryland, the defendants,

### SHANNON ELISE ISLEY, and
### TRACY LEE WHYTE,
### a/k/a "Nikki,"

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants attempted to cash check number 3498, drawn on M&T Bank account ending 3824 and belonging to "EH," in the amount of $1,220.00, made payable to PNC Bank account holder "RO," using the Maryland driver's license of "RO" ending 7599 at the Rogers Avenue Branch of PNC Bank in Ellicott City, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT THIRTEEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.　Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.　On or about March 20, 2013, in the District of Maryland, the defendants,

**SHANNON ELISE ISLEY, and
TRACY LEE WHYTE,
a/k/a "Nikki,"**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and M&T Bank account number ending 3824, belonging to "EH" and the name and Maryland driver's license ending 7599, belonging to "RO," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Twelve of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

20

## COUNT FOURTEEN
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about March 29, 2013, in the District of Maryland, the defendants,

**MICHAEL J. WALKER and
TRACY LEE WHYTE,
a/k/a "Nikki,"**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants cashed check number 1049, drawn on Community Bank account ending 1036 and belonging to "JT," in the amount of $1,612.00, made payable to "JJ" and using the Maryland driver's license of "JJ" ending 0825, all at the Edgewood Branch of APG in Edgewood, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

21

## COUNT FIFTEEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about March 29, 2013, in the District of Maryland, the defendants,

**MICHAEL J. WALKER and
TRACY LEE WHYTE,
a/k/a "Nikki,"**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and the Community Bank account number ending 1036, belonging to "JT," and the name and Maryland driver's license ending 0825 belonging to "JJ," all during and in relation to bank fraud conspiracy under 18 U.S.C. §1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. §1344, as set forth in Count Fourteen of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

22

## COUNT SIXTEEN
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about April 30, 2013, in the District of Maryland, the defendants,

**RONALD JASON RHODA,**
**a/k/a "Jason Rhoda," and**
**TARA KATHLEEN WHYTE,**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants attempted to cash a check in the amount of $2000.00, made payable to "AB" and using the Maryland driver's license ending 6787 and Tower member number ending 2720 of "AB," all at the Snowden Branch of Tower in Columbia, Maryland.

18 U.S.C. § 1344
18 U.S.C. § 2

23

## COUNT SEVENTEEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about April 30, 2013, in the District of Maryland, the defendants,

**RONALD JASON RHODA,**
**a/k/a "Jason Rhoda," and**
**TARA KATHLEEN WHYTE,**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and the Maryland driver's license ending 6787 and Tower member number ending 2720 of "AB," during and in relation to bank fraud conspiracy under 18 U.S.C. §1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. §1344, as set forth in Count Sixteen of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

24

## COUNT EIGHTEEN
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.  Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.  On or about May 3 and 4, 2013, in the District of Maryland, the defendant,

### TARA KATHLEEN WHYTE,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendant cashed the following checks, all made payable to "AB," using "AB's" Maryland driver's license and Tower member number ending 2720:

| Check No. | Amount | Financial Institution | Account Number | Account Holder | Tower Federal Location |
|---|---|---|---|---|---|
| 250 | $500.00 | Security Plus | 0275 | "SA" | Millersville Branch, Millersville, MD |
| 1651 | $500.00 | M&T | 4138 | "AT" | Arundel Mills Branch, Edgewater, MD |
| 1648 | $500.00 | M&T | 4138 | "AT" | Millersville Branch, Millersville, MD |
| 548 | $500.00 | BoA | 3283 | "AY" | Arundel Mills Branch, Edgewater, MD |

18 U.S.C. § 1344
18 U.S.C. § 2

25

## COUNT NINETEEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about May 3 and 4, 2013, in the District of Maryland, the defendant,

### TARA KATHLEEN WHYTE,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and the Security First bank account number ending 0275 belonging to "SA," the name and M&T bank account number ending 4138 belonging to "AT," the name, Tower member number ending 2720, and the Maryland driver's license belonging to "AB," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Eighteen of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

26

## COUNT TWENTY
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about May 29 and May 30, 2013, in the District of Maryland, the defendant,

### THEODORE L. PITTMAN,
### a/k/a "Teddy," "Tony," and "Bear,"

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant smashed the window of a vehicle parked at the Kenwood Country Club in Bethesda, Maryland, and stole the purse belonging to "JR" and containing checks drawn on "JR's" BB&T account ending 8652 and the Virginia driver's license ending 0248 of "JR," and transferred these items to co-conspirators who subsequently used them to obtain and attempt to obtain funds from financial institutions, including the BB&T branch located in Timonium, Maryland, all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

27

## COUNT TWENTY-ONE
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about June 6 and 7, 2013, in the District of Maryland, the defendants,

**LAUREN ANNE BOLE and
TARA KATHLEEN WHYTE,**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants cashed check numbers 380 and 382, drawn on Bank of America account ending 2573 and belonging to "KS," in the amount of $1,000.00 and $1080.00, respectively, and made payable to "CA," using the Maryland driver's license ending 5802 and "CA's" SECU member number ending 4982 and SECU savings account ending 1206, at the Owings Mills Branch of SECU in Owings Mills, Maryland and the Towson Branch of SECU in Towson, Maryland, respectively.

18 U.S.C. § 1344
18 U.S.C. § 2

28

## COUNT TWENTY-TWO
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.    On or about June 6 and 7, 2013, in the District of Maryland, the defendants,

### LAUREN ANNE BOLE and
### TARA KATHLEEN WHYTE,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and Bank of America financial account number ending 2573, belonging to "KS," and the name, the SECU member number ending 4982, the SECU financial account number ending 1206, and Maryland driver's license ending 5802, all belong to "CA," during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Twenty-One of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. §2

## COUNT TWENTY-THREE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about July 31, 2013, in the District of Maryland, the defendants,

**JAMES J. BLAKEY,**
**a/k/a "Jamal," and**
**VINCENT LEE SANDS,**
**a/k/a "Young SP" and "Chad,"**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants smashed the windows of vehicles parked at Centennial Park in Columbia, Maryland, and stole property belonging to "JB" and "PP," including a Maryland driver's license ending 7401 issued to "JB," a Suntrust debit card belonging to "JB," a Bank of America credit card belonging to "JB," and a check payable to "PP," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

30

## COUNT TWENTY-FOUR
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.  Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.  On or about April 3, 2014, in the District of Maryland, the defendants,

### FELICIA KAYE WAYBRIGHT
### a/k/a "Felicia Kaye Phillips,"

defendant herein, knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendant cashed the following checks, all made payable to "JO," using "JO's" Pennsylvania driver's license ending 8566, "JO's" Susquehanna bank account ending 4671 and "JO's" Susquehanna debit card ending 4051:

| Check No. | Amount | Financial Institution | Account Number | Account Holder | Susquehanna Location |
|---|---|---|---|---|---|
| 481 | $900.00 | Suntrust | 2314 | "MSP" | Hunt Valley Branch Hunt Valley, MD |
| 348 | $880.00 | BoA | 1224 | "DB" | Hunt Valley Branch Hunt Valley, MD |
| 484 | $983.00 | Suntrust | 2314 | "MSP" | Owings Mills Branch Owings Mills MD |

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT TWENTY-FIVE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about April 3, 2014, in the District of Maryland, the defendant,

### FELICIA KAYE WAYBRIGHT
### a/k/a "Felicia Kaye Phillips,"

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the name and Suntrust bank account number ending 2314, belonging to "MSP;" the name and Bank of America account number ending 1224, belonging to "DB;" and the name, Pennsylvania driver's license ending 8566, Susquehanna bank account number ending 4671, and Susquehanna debit card ending 4051, all belonging to "JO," all during and in relation to bank fraud conspiracy under 18 U.S.C. § 1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. § 1344, as set forth in Count Twenty-Four of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

## COUNT TWENTY-SIX
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.      On or about April 14 and 15, 2014, in the District of Maryland, the defendants,

**THEODORE L. PITTMAN,**
**a/k/a "Teddy," "Tony," and "Bear," and**
**FELICIA KAYE WAYBRIGHT**
**a/k/a "Felicia Kaye Phillips,"**

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution and to obtain any of the moneys, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit: the defendants cashed the following checks, all made payable to "EL:"

| Check No. | Amount | Financial Institution | Account Number | Account Holder | First Mariner Location |
|---|---|---|---|---|---|
| 116 | $990.00 | BoA | 0928 | "JC" | Woodlawn Branch, Woodlawn, MD |
| 911 | $960.00 | M&T | 3807 | "WL" | Woodlawn Branch, Woodlawn, MD |
| 120 | $820.00 | BoA | 0928 | "JC" | Woodlawn Branch, Woodlawn, MD |

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT TWENTY-SEVEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 13 of Count One are hereby incorporated by reference as though fully set forth herein.

2.     On or about April 14 and 15, 2014, in the District of Maryland, the defendants,

**THEODORE L. PITTMAN,**
**a/k/a "Teddy," "Tony," and "Bear," and**
**FELICIA KAYE WAYBRIGHT**
**a/k/a "Felicia Kaye Phillips,"**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendants used the name and Bank of America financial account number ending 0928, belonging to "JC;" the name and M&T financial account number ending 3807, belonging to "WL," all during and in relation to bank fraud conspiracy under 18 U.S.C. §1349, as set forth in Count One of the Indictment and bank fraud under 18 U.S.C. §1344, as set forth in Count Twenty-Six of the Indictment.

18 U.S.C. §§ 1028A(a)(1), and (c)(5)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson
Date: October ___ 2015