✎ AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>LAUREN ANN BOLE | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| DISTRICT OF MARYLAND | 1:15-CR-00565-MJG | SOUTHERN DISTRICT OF FLORIDA | 16-6514-SNOW |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment        ☐ Information        ☐ Complaint        ☐ Other

**DISTRICT OF OFFENSE:**

DISTRICT OF MARYLAND

**DESCRIPTION OF CHARGES:**
CONSPIRACY TO COMMIT BANK FRAUD, BANK FRAUD, AGGRAVATED IDENTITY THEFT

**CURRENT BOND STATUS:**

☐ Bail fixed at $                                   and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** ☐ Retained Own Counsel     ☒ Federal Defender Organization     ☐ CJA Attorney     ☐ None |
|---|

| **Interpreter Required?**     ☒ No     ☐ Yes     Language: |
|---|

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**
    TO: THE UNITED STATES MARSHAL
        You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| December 12, 2016 | _(signature)_ |
|---|---|
| Date | United States Judge or Magistrate Judge |

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |